IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-86-D

MICHAEL RAY SHEPPARD, )
)
          Plaintiff, )
)
v. ) **ORDER**
)
BEAUFORT COUNTY SHERIFF'S )
OFFICE, et al., )
)
          Defendants. )

On October 7, 2019, the court issued an order granting, inter alia, plaintiff leave to file an amended complaint [D.E. 30]. Plaintiff did not do so. On October 21, 2019, defendants Rose and Cox moved to dismiss plaintiff's complaint [D.E. 31] and filed a memorandum in support [D.E. 32]. See Fed. R. Civ. P. 12(b)(6). For the reasons stated in defendants' memorandum of law, the court GRANTS defendants' motion to dismiss and DISMISSES defendants Rose and Cox. See, e.g., Parker v. Bladen Cty., 583 F. Supp. 2d 736, 739 (E.D.N.C. 2008).

SO ORDERED. This _5_ day of December 2019.

                                              JAMES C. DEVER III
                                              United States District Judge