IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NUMBER 4:19-cv-00086-D

Michael Sheppard,

    Plaintiff,

v.

Sheriff Ernie Coleman, in his official
and individual capacity and The Ohio
Casualty Insurance Company,

    Defendants.

## ORDER TO SEAL DOCUMENTS

This case is before the Court on Plaintiff's Unopposed Motion to Seal Documents 75, 75-1, 75-2, 75-3 and 75-4. After reviewing Plaintiff's motion and the record of the case, this Court hereby **ORDER** the clerk to seal Documents 75, 75-1, 75-2, 75-3 and 75-4 without delay.

So ordered this **20** day of **July** 20**21**.

                                                        _____
                                                        U.S. District Judge James C. Dever, III