IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No: 4:19-CV-86-D

MICHAEL ROY SHEPPARD,

Plaintiff,

v.

SHERIFF ERNIE COLEMAN, in his individual and official capacity,

Defendant.

**ORDER TO SEAL DOCUMENTS**

This case is before the Court on Defendant's Unopposed Motion to Seal Defendant's Memorandum in Opposition to Plaintiff's Motion to Enforce Settlement and exhibits in support of same. Having reviewed Defendant's motion and the record, the Court GRANTS Defendant's motion and ORDERS that Defendant's memorandum in opposition to Plaintiff's motion to enforce settlement and exhibits (Doc. 80) in support of same be sealed.

SO ORDERED. This the 10 day of August, 2021.

JAMES C. DEVER III
United States District Judge