IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NUMBER 4:19-cv-00086-D

Michael Sheppard,

          Plaintiff

v

Sheriff Ernie Coleman, in his official and individual capacity and The Ohio Casualty Insurance Company,

          Defendants

## ORDER TO SEAL DOCUMENTS

This case is before the Court on Plaintiff's Unopposed Motion to Seal Documents 82. After reviewing Plaintiff's motion and the record of the case, this Court hereby **ORDER** the clerk to seal Document 82 and its attachments without delay.

So ordered this 16 day of August 20 21

U.S. District Judge James C. Dever, III